| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Anticancer, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **33-0074191** |
| 4. | Debtor's address | **Principal place of business**<br><br>**7917 Ostrow Street**<br>**San Diego, CA 92111**<br>Number, Street, City, State & ZIP Code<br><br>**San Diego**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Anticancer, Inc.** Case number (*if known*)
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **5417**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
    - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).
    - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor  **Anticancer, Inc.**                                                  Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other    **Live mice specimens and reagents**

**Where is the property?**    **7917 Ostrow Street**
                             **San Diego, CA, 92111-0000**
                             Number, Street, City, State & ZIP Code

**Is the property insured?**

☒ No
☐ Yes.    Insurance agency
        Contact name
        Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor  **Anticancer, Inc.**  Case number (*if known*)
      Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Anticancer, Inc.**  Case number (*if known*) _____
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 21, 2022**
              MM / DD / YYYY

**X** **/s/ Robert M. Hoffman**            **Robert M. Hoffman**
Signature of authorized representative of debtor    Printed name

Title **President**

**18. Signature of attorney**

**X** **/s/ Kit J. Gardner**             Date **April 21, 2022**
Signature of attorney for debtor                 MM / DD / YYYY

**Kit J. Gardner**
Printed name

**Law Offices of Kit J. Gardner**
Firm name

**501 W. Broadway, Suite 800**
**San Diego, CA 92101**
Number, Street, City, State & ZIP Code

Contact phone **(619) 972-8761**    Email address **kgardner@gardnerlegal.com**

**161736 CA**
Bar number and State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Anticancer, Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aaron Moving<br>4703 Kleefeld Ave<br>San Diego, CA 92117 | | Trade Debt | | | | $937.50 |
| Certis Oncology Solutions<br>Attn: Peter Ellman<br>5626 Oberlin Drive #110<br>San Diego, CA 92121 | | Judgment - undersecured | Disputed | $793,398.68 | $0.00 | $793,398.68 |
| Check Kwan Woo<br>1592 Skylark Way<br>Chula Vista, CA 91911 | | Wages | | | | $12,410.00 |
| Fisher Scientific<br>File #50129<br>Los Angeles, CA 90074 | | Trade Debt | | | | $9,955.05 |
| Freeman<br>8201 W. 47th Street<br>La Grange, IL 60525 | | Trade Debt | | | | $1,312.81 |
| GHE Repair Svc. Inc.<br>5694 Mission Center Rd #602<br>San Diego, CA 92108 | | Trade Debt | | | | $3,119.36 |
| Han Qing Hong<br>14079 Via Corsini<br>San Diego, CA 92128 | | Wages | | | | $16,936.08 |
| Mission Linen & Uniform<br>7912 Ostrow St<br>San Diego, CA 92111 | | Trade Debt | | | | $832.86 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | **Anticancer, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Olympus America Inc.**  3500 Corporate Pkwy.  Center Valley, PA 18034 | | **Equipment financing - undersecured** | | $81,000.00 | $0.00 | $81,000.00 |
| **PKC Accountancy, Inc**  27244 Via Industria  Temecula, CA 92590 | | **Trade Debt** | | | | $28,370.42 |
| **San Diego County Tax Collector**  1600 Pacific Hwy  San Diego, CA 92101 | | **Taxes** | | | | $2,818.41 |
| **San Diego Gas & Elec.**  1801 S. Atlantic Blvd.  Monterey Park, CA 91754 | | **Utililty** | | | | $28,406.11 |
| **SDC Plumbing**  3130 Anella Rd  San Ysidro, CA 92173 | | **Trade Debt** | | | | $380.00 |
| **Sigma-Aldrich, Inc**  3050 Spruce St  Saint Louis, MO 63103 | | **Trade Debt** | | | | $586.77 |
| **Spectrum Chemicals**  14422 San Pedro St  Gardena, CA 90248 | | **Trade Debt** | | | | $626.85 |
| **Staples Business Advantage**  Dept ATL  PO Box 405386  Atlanta, GA 30384 | | **Trade Debt** | | | | $1,847.84 |
| **Steris Corporation**  5960 Heisley Road  Mentor, OH 44060 | | **Trade Debt** | | | | $2,625.72 |
| **VWR International**  1 RadnorCorp. Ctr. Bldg.1 #200  100 Matsonford Road  Wayne, PA 19087-8660 | | **Trade Debt** | | | | $1,930.01 |
| **Xerox Financial Svcs.**  45 Glover Ave.  Norwalk, CT 06856 | | **Equipment Financing (lapsed UCC-1)** | | | | $20,952.38 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

Debtor **Anticancer, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Yuying Tan**<br>**2005 Burton St #32**<br>**San Diego, CA**<br>**92111** | | **Wages** | **Disputed** | | | **$8,602.76** |

CSD 1008 [08/21/00]

Name, Address, Telephone No. & I.D. No.
**Kit J. Gardner**
**501 W. Broadway, Suite 800**
**San Diego, CA 92101**
**(619) 972-8761**
**161736 CA**

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Anticancer, Inc.**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

<u>PART I</u> (check and complete one):

■ New petition filed. Creditor <u>diskette</u> required.                    TOTAL NO. OF CREDITORS: **29**

☐ Conversion filed on _____. *See instructions on reverse side.*
    ☐ Former Chapter 13 converting. Creditor <u>diskette</u> required.        TOTAL NO. OF CREDITORS: ____
    ☐ Post-petition creditors added. <u>Scannable</u> matrix required.
    ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original <u>scannable</u> matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
    ☐ Names and addresses are being ADDED.
    ☐ Names and addresses are being DELETED.
    ☐ Names and addresses are being CORRECTED.

<u>PART II</u> (check one):

■ The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: **April 21, 2022**        **/s/ Robert M. Hoffman**
                                          **Robert M. Hoffman**/**President**
                                          Signer/Title

**REFER TO INSTRUCTIONS ON REVERSE SIDE**

CSD 1008

`CSD 1008 (Page 2)` [08/21/00]

## INSTRUCTIONS

1) Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2) A creditors matrix with <u>Verification</u> is required whenever the following occurs:

   a) A new petition is filed. Diskette required.

   b) A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

   c) An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders. Scannable matrix format required.

3) The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4) CONVERSIONS:

   a) When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>. Diskette required.

   b) For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required. Scannable matrix format required.

5) AMENDMENTS AND BALANCE OF SCHEDULES:

   a) <u>Scannable matrix format required.</u>

   b) The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

   c) Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6) Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

`CSD 1008`

```
Aaron Moving
4703 Kleefeld Ave
San Diego, CA 92117


Certis Oncology Solutions
Attn: Peter Ellman
5626 Oberlin Drive #110
San Diego, CA 92121


Check Kwan Woo
1592 Skylark Way
Chula Vista, CA 91911


Cole-Parmer
625 Bunker Ct
Vernon Hills, IL 60061


EDD
Lien Group, MIC 92G
PO BOX 826880
Sacramento, CA 94280-0001


Fisher Scientific
File #50129
Los Angeles, CA 90074


Freeman
8201 W. 47th Street
La Grange, IL 60525


GHE Repair Svc. Inc.
5694 Mission Center Rd #602
San Diego, CA 92108


Han Qing Hong
14079 Via Corsini
San Diego, CA 92128
```

```
KLM IT Consulting
9974 Scripps Ranch Blvd.
Suite 272
San Diego, CA 92131


Miles D. Grant
Grant & Kessler
1331 India Street
San Diego, CA 92101


Mission Linen & Uniform
7912 Ostrow St
San Diego, CA 92111


Morrison & Foerster
Attn: Peter J. Pfister
425 Market Street
San Francisco, CA 94105-2482


Olympus America Inc.
3500 Corporate Pkwy.
Center Valley, PA 18034


Pearl Capital
525 Washington Bl.
Suite 2200
Jersey City, NJ 07310


PKC Accountancy, Inc
27244 Via Industria
Temecula, CA 92590


Robert M. Hoffman
7917 Ostrow Street
San Diego, CA 92111


San Diego County Tax Collector
1600 Pacific Hwy
San Diego, CA 92101
```

San Diego Gas & Elec.
1801 S. Atlantic Blvd.
Monterey Park, CA 91754


SDC Plumbing
3130 Anella Rd
San Ysidro, CA 92173


Sigma-Aldrich, Inc
3050 Spruce St
Saint Louis, MO 63103


Small Business Administration
409 3rd St., SW
Washington, DC 20416


Spectrum Chemicals
14422 San Pedro St
Gardena, CA 90248


Staples Business Advantage
Dept ATL
PO Box 405386
Atlanta, GA 30384


Steris Corporation
5960 Heisley Road
Mentor, OH 44060


Susan Alleshouse
Investment Management Co.
5666 La Jolla Blvd #87
La Jolla, CA 92037


VWR International
1 RadnorCorp. Ctr. Bldg.1 #200
100 Matsonford Road
Wayne, PA 19087-8660

```
Xerox Financial Svcs.
45 Glover Ave.
Norwalk, CT 06856


Yuying Tan
2005 Burton St #32
San Diego, CA 92111
```

CSD 1007-7 [02/2022]

Name, Address, Telephone, & I.D. No.
**Law Offices of Kit J. Gardner**
**501 W. Broadway, Suite 800**
**San Diego, CA 92101**
**(619) 972-8761**
**161736 CA**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
325 West F Street, San Diego, California 92101-6991

In Re
**Anticancer, Inc.**

Debtor(s)

Bankruptcy No.

Plaintiff(s)

Adversary No.

V.

Defendant(s)

[add if filed in response to hearing]
Date of Hearing: **0**
Time of Hearing:
Name of Judge:

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and 7007.1, and Local Bankruptcy Rules 1007-7 and 7007.1-1,

**Anticancer, Inc.**, a
[Name of Corporate Party]

(check one)

■ Corporate Debtor
☐ Party to an Adversary Proceeding

makes the following disclosure(s): (check one)

☐ All corporations, other than a governmental unit, that directly or indirectly own ten 10% or more of any class of the corporation's equity interests are listed below:

_____
_____
_____
_____

OR

■ There are no corporate entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated: **April 21, 2022**            /s/ Kit J. Gardner
                                      **Kit J. Gardner**
                                           Attorney Signature