Miles D. Grant, Esq.          (SBN  89766)
Phillip A. Zunshine, Esq.     (SBN 339010)
**GRANT & KESSLER, APC**
1331 India Street
San Diego, CA 92101
Tel: 619-233-7078; Fax: 619-233-7036

Counsel for Judgment Creditor Certis Oncology Solutions, Inc.

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>AntiCancer, Inc.<br><br>Debtor. | Case No: 22-01058-LT11<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA, AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that Judgment Creditor Certis Oncology Solutions, Inc.

hereby requests that notice of any and all events relevant to the above-referenced bankruptcy

case and copies of all pleadings or documents filed in relation to the above-referenced

bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure

2002, be served on its attorneys, as follows:

Phillip A. Zunshine, Esq.
**GRANT & KESSLER, APC**
1331 India Street
San Diego, CA 92101
Telephone: 619-233-7078
Fax: 619-233-7036
Email: phillip@grantandkessler.com

/ / /

/ / /

/ / /

1  Judgment Creditor Certis Oncology Solutions, Inc. also requests that its attorneys be
2  added to the Master Mailing List in this case.

3  **PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices
4  and papers referred to in the Bankruptcy Rules specified above, but also includes, without
5  limitation, all orders and notices of any application, motion, petition, pleading, request,
6  complaint, or demand, statement of affairs, operating reports, schedule of assets and liabilities,
7  whether formal or informal, whether written or oral, and whether transmitted or conveyed by
8  mail, courier service, hand delivery, telephone, facsimile transmission, electronic mail, or
9  otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or
10 party-in-interest in this case, including Judgment Creditor Certis Oncology Solutions, Inc., with
11 respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the
12 debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or
13 control of others that the debtor may seek to use; or (2) requires or seeks to require any act,
14 delivery of any property, payment or other conduct by Judgment Creditor Certis Oncology
15 Solutions, Inc.

16 Dated: April 22, 2022          GRANT & KESSLER, APC

17                               By: */s/ Phillip A. Zunshine*
                                     Phillip A. Zunshine
18                                   Attorneys for Judgment Creditor Certis
                                     Oncology Solutions, Inc
19
   I:\DOCS\03-339\J-Bankruptcy\AntiCancer BK\Request for Special Notice PZ.wpd
20

-2-

REQUEST FOR SPECIAL NOTICE